IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JERRY DALLAS LINKER, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *  No. 4:09CV00839-JJV |
| CAROLYN W. COLVIN, Acting | * |
| Commissioner, Social Security | * |
| Administration, | * |
| | * |
| Defendant. | * |

**ORDER**

Before the Court is Plaintiff's counsel's Motion for Approval of Attorney's Fees Under 42 U.S.C. §406(b). (Doc. No. 22.) The Commissioner of the Social Security Administration[1] has responded and takes no position, but has provided the Court with authority to make a decision. (Doc. 24.)

After carefully considering the Motion, the previous fee petition and supporting brief, (Doc. Nos. 18, 19) and *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), the Court finds that the Motion is DENIED. As the Commissioner points out, many of the requested hours in the Motion are not compensable and the Court believes the previous award of $5,709.60 is a reasonable fee in this case.

SO ORDERED this 25th day of April, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin was sworn in as Acting Commissioner of the Social Security Administration on February 14, 2013, replacing Michael Astrue. She has therefore been substituted as the defendant in this case pursuant to Fed.R.Civ.P. 25(d)(1).

1